**Deny Writ and Opinion Filed October 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01146-CV

### IN RE LOUIS T. SHIELL II, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06516**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice FitzGerald

Relator contends the trial judge erred in granting a motion to strike a designation of a responsible third party. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus and motion for temporary relief.

131146F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE